# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 4833 | **DATE** | 2/13/2008 |
| **CASE TITLE** | David Gevas vs. Mike Borkowski, et al. | | |

**DOCKET ENTRY TEXT**

Enter order regarding defendant Dr. Partha Ghosh's motion to enforce his settlement agreement with the plaintiff.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|