CMC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAVID GEVAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 06-4833 |
| MIKE BORKOWSKI, et. al. | ) ) ) ) ) ) |

## ORDER

This case coming before the Court for hearing on defendant Dr. Partha Ghosh's motion to enforce his settlement agreement with the plaintiff, due notice of the hearing having been given to all parties, Dr. Ghosh being represented in open court by Attorney Michael J. Charysh, plaintiff being present by telephone, the court having considered the motion and oral argument by both parties, it is ordered:

1. That Dr. Ghosh's motion to enforce the settlement agreement reached on December 19, 2007, during the settlement conference before the Honorable Judge Martin C. Ashman, is granted.

2. The plaintiff is ordered to execute the release of all claims and settlement agreement previously forwarded by counsel for Dr. Ghosh within 30 days.

3. Upon Dr. Ghosh's attorney's receipt of the executed settlement agreement, he is ordered to forward his client's settlement draft to the plaintiff.

4. If plaintiff fails to execute the release of all claims and settlement agreement within

thirty days, an order will be entered dismissing his case against Dr. Ghosh with prejudice.

FEB 13 2008
Date

Judge