UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS

FILE NUMBER 06 C 4833

**FILED**
3-3-2008
MAR 3 2008

DAVID GEVAS,
    Plaintiff,

V.

PARTHA GHOSH,
    Defendant.

NOTICE OF APPEAL

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice is hereby given that David Gevas, plaintiff in the above named case, hereby appeal to the UNITED STATES COURT OF APPEALS for the Seventh Circuit from the final judgment ordering plaintiff to sign Release Of All Claims And Settlement Agreement and dismiss his case with prejudice upon the tender of a check in the amount of $200.00 within thirty (30) days, or the Court enter an order dismissing plaintiff's claim with prejudice for his failure to comply, entered in this action on the 12th day of February, 2008.

### CERTIFICATE OF SERVICE

I, David Gevas, swear under penalty of perjury that I have served the proper number of copies of the above document on the Prisoner Correspondence, Clerk's Office, U.S. District Court, 219 South Dearborn Street, Chicago, Illinois 60604, by placing it in the mail at the Galesburg Correctional Center on 2/21/08.

*/s/ David Gevas*